IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SCOTT JOHNSON, )
)
    Plaintiff, ) Case No. CIV-15-696-D
)
v. )
)
FRONTIER CHEVROLET CO. )
d/b/a FRONTIER MOTOR CO., )
)
    Defendant. )

**O R D E R**

On June 29, 2016, Defendant filed its Notice [Doc. No. 14] regarding the decision of the United States Supreme Court in *Encino Motorcars, LLC v. Navarro*, No. 15-415, issued on June 20, 2016, as required by this Court's Order Granting Joint Motion to Stay Proceedings [Doc. No. 12]. It would appear that the receipt of this Notice ends the stay to which the parties previously agreed, and warrants reopening the case under the terms of the Administrative Closing Order [Doc. No 13] entered by the Court. However, the Supreme Court's ruling did not dispose of the *Navarro* case, but remanded it to the Ninth Circuit to decide in the first instance whether service advisors employed at covered automobile dealerships fall within the exemption of 29 U.S.C. § 213(b)(10)(A) from the overtime wage requirements of the Fair Labor Standards Act. In light of this development, the Court will direct the parties to inform the Court whether they wish to proceed in this case at this time or await a further decision in the *Navarro* case.

IT IS THEREFORE ORDERED that the parties shall file a joint notice not later than July 15, 2016, stating their position(s) on lifting the stay and reopening the case.

IT IS SO ORDERED this 1st day of July, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE